THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKEY GAMBLE, Appellant.

Submitted August 22, 2016; decided November 1, 2016

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the Appellate Division order entered in this proceeding commenced in City Court (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).